UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**SHELTER MUTUAL INSURANCE COMPANY**,

    **Plaintiff,**

v.

**FLOYD KISTLER,**

    Defendants.                                      No. 16-cv-347-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. 9).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 27, 2016 (Doc. 10) granting Plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                                  JUSTINE FLANAGAN,
                                                  ACTING CLERK OF COURT

                                                  BY:    */s/Caitlin Fischer*
                                                            **Deputy Clerk**

Dated:  June 28, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.28
11:15:49 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT